## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| AGERE SYSTEMS, INC. | § | |
| | § | |
| vs. | § | NO. 2:06-CV-079-CE |
| | § | |
| SONY CORPORATION, ET AL. | § | |

## VERDICT FORM

**QUESTION NO. 1:**

As to each of the following products, do you find by a preponderance of the evidence that the defendants literally infringe the asserted claim of the '730 patent?

**A.    mylo Personal Communicators**

Answer "Yes" or "No"

Claim 1    _YES_

**B.    Network Walkman audio players**

Answer "Yes" or "No"

Claim 1    _YES_

**QUESTION NO. 2:**

As to each of the following products, do you find by a preponderance of the evidence that the defendants induce the infringement of the asserted claim of the '730 patent?

**A.     PlayStation Portable**

Answer "Yes" or "No"

Claim 1          YES

**B.     mylo Personal Communicators**

Answer "Yes" or "No"

Claim 1          YES

**C.     Network Walkman audio players**

Answer "Yes" or "No"

Claim 1          YES

If you have answered "Yes" to any portion of Question Nos. 1 or 2, then answer the following Questions, Nos. 3 and 4. Otherwise, do not answer the following Questions. The jury foreperson should instead sign and date the Verdict Form and return it to the Security Officer.

**QUESTION NO. 3:**

Do you find by clear and convincing evidence that such infringement was willful?

Answer "Yes" or "No."

Answer: _YES_

**QUESTION NO. 4:**

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate the plaintiff as a reasonable royalty for any infringement you have found?

Answer in dollars and cents, if any, for a reasonable royalty.

Answer:     $18,5 MILLION

Signed this _17_ day of November, 2008.

_____

JURY FOREPERSON

4