UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AGERE SYSTEMS, INC. § | |
| § | |
| Plaintiff § | |
| § | Civil File No. 2:06-CV-00079-CE |
| v. § | |
| § | Jury Trial Requested |
| SONY CORPORATION, SONY COMPUTER § | |
| ENTERTAINMENT INC., SONY § | |
| COMPUTER ENTERTAINMENT AMERICA § | |
| INC., AND SONY ELECTRONICS INC. § | |
| § | |
| Defendants § | |

## JOINT MOTION TO DISMISS

NOW COMES the Plaintiff Agere Systems, Inc. ("Agere") and Defendants Sony Corporation, Sony Computer Entertainment Inc., Sony Computer Entertainment America, Inc. and Sony Electronics, Inc. ("Sony") and respectfully move the Court to dismiss all causes of action between them, and in support thereof would respectfully show the Court as follows:

All matters in controversy between Agere and Sony have been settled and compromised, and these parties therefore jointly move to dismiss all causes of action asserted or which could have been asserted in this suit, with prejudice to the right to pursue any such claims in the future. These parties further move that all costs of court be assessed against the party who incurred them.

WHEREFORE, PREMISES CONSIDERED, these parties jointly pray that this action be dismissed with prejudice, with all costs of court being assessed against the party who incurred them.

Dated: January 5, 2009

Respectfully submitted,

BY: /s/ S. Calvin Capshaw
S. Calvin Capshaw
Texas Bar No. 03783900
Elizabeth L. DeRieux
State Bar No. 05770585
BROWN MCCARROLL, LLP
P.O. Box 3999
Longview, Texas 75605-3999
Telephone: (903) 236-9800
Facsimile: (903) 236-8787
E-mail: ccapshaw@capshawlaw.com.com
E-mail:  ederieux@capshawlaw.com

Frederick G. Michaud,
District of Columbia Bar No. 177675
David M. Schlitz
District of Columbia Bar No. 333369
C. John Brown
District of Columbia Bar No. 498440
BAKER BOTTS, LLP
The Warner
1299 Pennsylvania Ave., NW
Washington, DC 20004
Telephone:  202-639-7700
Facsimile:  202-639-7890

Gary M. Butter
New York Bar No. 2393502
Walter M. Egbert, III
New York Bar No. 2663219
Van Nguyen
New York Bar No. 4220976
BAKER BOTTS, LLP
30 Rockefeller Plaza
New York, NY 10112-4498
Telephone: (212) 408-2500
Facsimile: (212) 632-3800

/s/ John Flock, by permission SCC
John Flock
Walter E. Hanley, Jr.
Lewis V. Popovski
KENYON & KENYON LLP
One Broadway
New York, New York 10004-1050
(212) 425-7200
(212) 425-5288 (fax)
Email: jflock@kenyon.com
Email: whanley@kenyon.com
Email: lpopovski@kenyon.com

Melvin R Wilcox, III
State Bar. No. 21454800
Yarbrough - Wilcox, PLLC
100 E. Ferguson, Suite 1015
Tyler, TX 75702
Tel: 903-595-1133
Fax: 903-595-0191
Email: mrw@yw-lawfirm.com


**ATTORNEY FOR DEFENDANTS SONY CORPORATION, SONY COMPUTER ENTERTAINMENT, INC., SONY COMPUTER ENTERTAINMENT AMERICA, INC., AND SONY ELECTRONICS, INC.**

**CERTIFICATE OF SERVICE**

 The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served this 5th day of January, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

       /s/ S. Calvin Capshaw
       S. Calvin Capshaw