UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| AGERE SYSTEMS, INC. § | |
| § | |
| Plaintiff § | |
| § | Civil File No. 2:06-CV-00079-CE |
| v. § | |
| § | Jury Trial Requested |
| SONY CORPORATION, SONY COMPUTER § | |
| ENTERTAINMENT INC., SONY § | |
| COMPUTER ENTERTAINMENT AMERICA § | |
| INC., AND SONY ELECTRONICS INC. § | |
| § | |
| Defendants § | |

## ORDER OF DISMISSAL WITH PREDJUDICE

CAME ON THIS DAY for consideration the Joint Motion of the parties Plaintiff Agere Systems, Inc. ("Agere") and Defendants Sony Corporation, Sony Computer Entertainment Inc., Sony Computer Entertainment America, Inc. and Sony Electronics, Inc. ("Sony") to dismiss with prejudice all claims asserted or which could have been asserted by either party, and the Court being apprised of the grounds therefore and being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims or causes of action asserted in this suit by Plaintiff Agere and Defendant Sony are hereby dismissed with prejudice to the right of these parties to assert in the future any such claims or any claims which could have been asserted in this suit.

It is further ORDERED that all costs are assessed against the party who incurred them.

SIGNED this 6th day of January, 2009.

                                                                                CHARLES EVERINGHAM IV
                                                                                UNITED STATES MAGISTRATE JUDGE